# United States Court of Appeals
## For the First Circuit

No. 19-1174

CHRISTOPHER O. BRANDT,

Plaintiff, Appellant,

v.

JOSEPH FITZPATRICK, in his official capacity as the Commissioner of the Maine Department of Corrections; SCOTT LANDRY,

Defendants, Appellees.

**JUDGMENT**

Entered: April 22, 2020

This cause came on to be heard on appeal from the United States District Court for the District of Maine and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:
Cynthia Ann Dill
Valerie A. Wright
Kelly Lynn Morrell
Eric J. Uhl
Aaron M. Frey